(Doc. Nos. 26)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CR |
| Respondent, | : | Civil No.  10-336 (RBK) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| | : | |
| JASON THOMPSON, | : | |
| | : | |
| Petitioner. | : | |
| | : | |

     **THIS MATTER** having come before the Court upon the motion of Petitioner Jason

Thompson for an extension of time to file a brief in his petition under 28 U.S.C. § 2255; and the

Court having reviewed the papers submitted;

     **IT IS HEREBY ORDERED** that the Court grants Petitioner Jason Thompson's motion

for an extension of time; and Petitioner must file his brief by September 28, 2012.

Dated:  8/07/2012                      /s/ Robert B. Kugler
                                               ROBERT B. KUGLER
                                               United States District Judge